E-FILED: June 17, 2008

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| Jerry Bo | ) | CV07-5724-PSG (CWx) |
|     PLAINTIFF, | ) | |
| | ) | **DISMISSAL BY COURT** |
| -VS- | ) | **FOR FAILURE TO PROSECUTE** |
| | ) | |
| My Enterprises, et al., | ) | |
|     DEFENDANT. | ) | |

    On May 2, 2008, the Court issued an Order to Show Cause for Lack of Prosecution.  A written response to this Order to Show Cause was ordered to be filed not later than May 23, 2008.

    To this date, no written response to the Order to Show Cause has been filed with the Court.

    Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety for failure to prosecute.

Dated:  June 17, 2008

_____

United States District Judge